335

(No. 00172—

*In re* Application of KATHERINE FARMER.

*Order filed February 4, 1980.*

HOLDERMAN, J.

This cause coming on to be heard on respondent's motion to dismiss the instant cause, and, it appearing to the court that claimant has received due notice of said motion, and this court being fully advised in the premises;

It being determined that claimant has failed to file her claim within the time period limited by law;

It is hereby ordered that the motion of respondent be, and the same is, hereby granted and the instant cause is herewith dismissed with prejudice.